**Gina DEVASAHAYAM, Plaintiff–Appellant,**

**v.**

**Paul S. HOFFMAN; University of Virginia, Defendants–Appellees.**

**No. 13–1618.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 26, 2013.

Decided: Aug. 1, 2013.

Gina Devasahayam, Appellant Pro Se. Alison Paige Landry, University of Virginia, Charlottesville, Virginia, for Appellees.

Before SHEDD and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gina Devasahayam appeals the magistrate judge's order * granting summary judgment on her claims of gender and national origin discrimination, sexual harassment, and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order and deny as moot Devasahayam's motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the exercise of dispositive jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 8636(c) (2006).